In the Matter of the Application of WILLIAM CONE, Petitioner, for a Certiorari Order against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— The petitioner, tried on departmental charges involving the possession of a stolen automobile on which the engine or motor number had been obliterated and destroyed and fictitious numbers stamped thereon, and of using license plates thereon not representing his ownership, and in making false statements to a superior officer concerning his possession of the car, was found guilty and dismissed from the police force of the police department of the city of New York. Determination unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

In the Matter of Acquiring Title by the COUNTY OF NASSAU to an Easement in Perpetuity for Highway Purposes in and over Certain Portions of Nassau Boulevard Extension from New Hyde Park-Lakeville Road Easterly to Roslyn Road in the Town of North Hempstead, County of Nassau and State of New York, Duly Selected by the Board of Supervisors of the County of Nassau for Use of Said County as a Highway According to Law. LEE ROSENBERG and DANIEL S. WOOLLEY, Appellants; COUNTY OF NASSAU, Respondent.— Order of the County Court of Nassau county confirming final report of commissioners of estimate, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.